IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHELLE ROBINSON**                                                                                          **PLAINTIFF**

v.                                    Case No. 3:22-cv-00219-LPR

**AUDREY HUDDLESTON, et al.**                                                                      **DEFENDANTS**

## ORDER

Plaintiff Michelle Robinson filed this action *pro se* without prepayment of the $402.00 filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit. (Doc. 1.) To proceed with this action, Ms. Robinson must either pay the statutory filing fee or complete an Application to Proceed Without Prepayment of Fees and Affidavit within 30 days from the entry of this Order. If she does not do one or the other within 30 days, her case will be dismissed without prejudice. *See* Local Rule 5.5(c)(2).

The Court directs the Clerk to send Ms. Robinson an Application to Proceed Without Prepayment of Fees and Affidavit along with a copy of this Order.

IT IS SO ORDERED this 23rd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE