IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHELLE ROBINSON**                                                                 **PLAINTIFF**

v.                              Case No. 3:22-cv-00219-LPR

**AUDREY HUDDLESTON,** *Nurse,*
*Jackson County Jail*; **DAVID LUCAS,**
*Sheriff, Jackson County Jail*; **KENDALL**
**CLARK,** *Sergeant, Jackson County Jail*;
**and TAMMY SISQUE,** *Corrections Officer,*
*Jackson County Jail*                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) all claims brought against Defendants Huddleston, Clark, and Sisque in this case are dismissed without prejudice; (2) all official-capacity claims brought against Defendant Lucas in this case are dismissed without prejudice; and (3) judgment is entered in favor of Defendant Lucas on all personal-capacity claims brought against him in this case.

IT IS SO ADJUDGED this 26th day of February 2025

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE